HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
WAYNE LEE HAUZER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-CR-93-DAD-1 |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | |
| WAYNE LEE HAUZER, | Date: November 15, 2022<br>Time: 9:30 A.M.<br>Judge: Hon. Dale A. Drozd |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Shelley Weger, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Hauzer, that the status conference, currently set for November 15, 2022, may be **continued to January 17, 2023 at 9:30 a.m., with a time exclusion under Local Code T4 from November 14, 2022, through and including January 17, 2023**.

The parties hereby stipulate as follows:

1.      By previous order, this matter was originally set for a status conference before the Honorable Chief Judge Kimberly J. Mueller on November 14, 2022, with a time exclusion under Local Code T4 up to and including November 14, 2022.  ECF 23.

2.      On August 25, 2022, the Honorable Chief Judge Kimberly J. Mueller reassigned this case to the Honorable Judge Dale A. Drozd.  ECF 24.

3.      On September 1, 2022, in light of the Order of Reassignment, the Honorable Chief Judge Kimberly J. Mueller sua sponte issued a minute order vacating the November 14, 2022 status conference and resetting the matter for the a status conference on November 15, 2022, before the Honorable Judge Dale A. Drozd.

4.      Accordingly, the parties request that an exclusion of time under Local Code T4 run from November 14, 2022, through and including January 17, 2023.

5.      The parties specifically agree and further stipulate, and request that the Court find the following:

a.      The indictment in this matter was filed on April 28, 2022.  ECF No. 14.

b.      The government has produced discovery that consists of over 5,400 pages of Bates-labeled items, which include investigative reports, search warrants, third party records, and audio recordings of the defendant's statements.  In addition, the government has made physical evidence available for defense review at the FBI's Roseville office.  The physical evidence includes electronic devices, a firearm, ammunition, and evidence that must stay in the possession of the government pursuant to 18 U.S.C. § 3509(m).  Although the defense has conducted an initial review of the physical evidence, including reviewing some of the alleged child pornography, the government recently obtained and produced a sanitized copy of key evidence (with all material covered by 18 U.S.C. § 3509(m) removed) from a cell phone extraction for the defense's further review.  This 762-page extraction was produced to defense counsel on October 21, 2022.

c.      Since the start of the case, the defense has been reviewing and analyzing the above, conducting legal research, meeting with Mr. Hauzer (who is in custody), consulting with experts, and otherwise preparing for trial.

d.      The above tasks are ongoing, and the defense requires additional time to review the most recent discovery, analyze its impact on the case, continue its legal research, explore potential resolutions, research potential pretrial motions, and otherwise

1       prepare for trial.

2       e.      Accordingly, the defense respectfully requests to continue the status conference

3               (currently set for November 14, 2022) to January 17, 2023.

4       f.      Defense counsel believes that failure to grant the requested continuance would deny

5               her the reasonable time necessary for effective preparation, taking into account the

6               exercise of due diligence.

7       g.      The government does not object to the continuance.

8       h.       Based on the above-stated findings, the ends of justice served by continuing the

9               case as requested outweigh the interest of the public and the defendant in a trial

10              within the original date prescribed by the Speedy Trial Act.

11      i.      For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (the Speedy Trial

12              Act), the parties request that the time period between November 14, 2022 and

13              January 17, 2023, inclusive, be deemed excludable pursuant to 18 U.S.C.

14              § 3161(h)(7)(B)(iv) (Local Code T4), because, if granted, it would result from a

15              continuance granted by the Court at the defendant's request, based on a finding that

16              the ends of justice served by granting the continuance outweighs the best interest

17              of the public and Mr. Hauzer in a speedy trial.

18      6.      Nothing in this stipulation and order shall preclude a finding that other provisions

19  of the Speedy Trial Act dictate that additional time periods are excludable from the period within

20  which a trial must commence.

21      IT IS SO STIPULATED.

22

23                              Respectfully submitted,

24                              HEATHER E. WILLIAMS
                                Federal Defender

25  Date: November 8, 2022       */s/ Christina Sinha*
                                CHRISTINA SINHA
26                              Assistant Federal Defender
                                Attorneys for Defendant
27                              WAYNE LEE HAUZER

28

1    Date: November 8, 2022                      PHILLIP A. TALBERT
                                                 United States Attorney
2

3                                                /s/ Shelley Weger
                                                 SHELLEY WEGER
4                                                Assistant United States Attorney
                                                 Attorneys for Plaintiff
5

6

7

8

9                                        **O R D E R**

10         The Court, having received and considered the parties' stipulation, and good cause

11   appearing therefrom, adopts the parties' stipulation in its entirety as its order.

12

13         IT IS SO ORDERED.

14   Dated:   **November 9, 2022**

15                                                UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28