1   HEATHER E. WILLIAMS, SBN 122664
    Federal Defender
2   CHRISTINA SINHA, SBN 278893
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, Third Floor
4   Sacramento, CA 95814
    T: (916) 498-5700
5   F: (916) 498-5710

6   Attorneys for Defendant
    WAYNE LEE HAUZER
7

8                IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

    UNITED STATES OF AMERICA,        )  Case No.  2:22-CR-93-DAD-1
11                                    )
                    Plaintiff,        )  **STIPULATION AND ORDER TO CONTINUE**
12                                    )  **STATUS CONFERENCE AND EXCLUDE TIME**
                    vs.               )
13                                    )  Date:   February 21, 2023
    WAYNE LEE HAUZER,                 )  Time:  9:30 A.M.
14                                    )  Judge: Hon. Dale A. Drozd
                    Defendant.        )
15  _____  )

16          IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip

17  A. Talbert, through Assistant United States Attorney Shelley Weger, counsel for Plaintiff, and

18  Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel

19  for Mr. Hauzer, that the status conference, currently set for February 21, 2023, may be **continued**

20  **to March 14, 2023 at 9:30 a.m., with a time exclusion under Local Code T4 February 21,**

21  **2023 through and including March 14, 2023**.

22          The parties hereby stipulate as follows:

23          1.      On August 25, 2022, the Honorable Chief Judge Kimberly J. Mueller reassigned

24  this case to the Honorable Judge Dale A. Drozd.  ECF 24.  The parties previously entered

25  exclusions of time through and including February 21, 2023.

26          2.      The defense moves to continue the status conference and requests an exclusion of

27  time under Local Code T4 from February 21, 2023 through and including March 14, 2023.

28

3.     The parties specifically agree and further stipulate, and request that the Court find the following:

a.     The indictment in this matter was filed on April 28, 2022.  ECF No. 14.

b.     The government has produced discovery that consists of over 5,600 pages of Bates-labeled items, which include investigative reports, search warrants, third party records, audio recordings of the defendant's statements, and a 762-page document containing a sanitized version (with all material covered by 18 U.S.C. § 3509(m) removed) of certain key evidence that was extracted from defendant's cell phone. In addition, the government has made physical evidence available for defense review at the FBI's Roseville office.  The physical evidence includes electronic devices, a firearm, ammunition, and evidence that must stay in the possession of the government pursuant to 18 U.S.C. § 3509(m).  Defense counsel has conducted an initial review of the physical evidence at FBI, including reviewing some of the alleged child pornography.

c.     Since the start of the case, the defense has been reviewing and analyzing the above, conducting legal research, meeting with Mr. Hauzer (who is now in custody at the Yuba Jail), consulting with experts, conducting a factual investigation, and otherwise preparing for trial.

d.     The above tasks are ongoing, and the defense requires additional time to continue reviewing the discovery, analyze its impact on the case and sentencing, continue its legal research generally, explore potential resolutions, conduct additional inquiry into issues that will impact any sentence imposed in this case, research potential pretrial motions, and otherwise prepare for trial.

e.     Accordingly, the defense respectfully requests to continue the status conference to March 14, 2023.

f.     Defense counsel believes that failure to grant the requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the

1    exercise of due diligence.

2    g.    The government does not object to the continuance.

3    h.    Based on the above-stated findings, the ends of justice served by continuing the

4    case as requested outweigh the interest of the public and the defendant in a trial

5    within the original date prescribed by the Speedy Trial Act.

6    i.    For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (the Speedy Trial

7    Act), within which trial must commence, the time period between February 21,

8    2023 and March 14, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.

9    § 3161(h)(7)(A), (B)(iv) (Local Code T4), because, if granted, it would result from

10    a continuance granted by the Court at the defendant's request, based on a finding

11    that the ends of justice served by granting the continuance outweighs the best

12    interest of the public and Mr. Hauzer in a speedy trial.

13    4.    Nothing in this stipulation and order shall preclude a finding that other provisions

14    of the Speedy Trial Act dictate that additional time periods are excludable from the period within

15    which a trial must commence.

16    IT IS SO STIPULATED.

17    Respectfully submitted,

18    HEATHER E. WILLIAMS
     Federal Defender

19

20    Date: February 15, 2023    */s/  Christina Sinha*
     CHRISTINA SINHA
     Assistant Federal Defender

21    Attorneys for Defendant
     WAYNE LEE HAUZER

22

23    Date: February 15, 2023    PHILLIP A. TALBERT
     United States Attorney

24

25    */s/ Shelley Weger*
     SHELLEY WEGER
     Assistant United States Attorney

26    Attorneys for Plaintiff

27

28

1

## **O R D E R**

2        The Court, having received and considered the parties' stipulation, and good cause

3  appearing therefrom, adopts the parties' stipulation in its entirety as its order.

4

5        IT IS SO ORDERED.

6  Dated:  __**February 15, 2023**__         __Dale A. Drozd__

                                 UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28