IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:22-CR-93-DAD |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **ORDER TO MODIFY PRETRIAL** |
| | ) | **MOTIONS DATES** |
| vs. | ) | |
| | ) | |
| WAYNE LEE HAUZER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Court, having received and considered the defense's unopposed motion to modify the pretrial motion dates, and good cause appearing therefrom, does hereby GRANT the motion and MODIFIES the pretrial motions dates accordingly.

Specifically: pretrial motions (excluding motions *in limine*) are due on January 16, 2024; opposition briefs are due January 30, 2024; reply briefs are February 06, 2024; and a motions hearing is set for February 13, 2024, at 9:30 a.m.  The trial confirmation hearing (February 27, 2024, at 9:30 a.m.) and jury trial commencement date (March 18, 2024, at 9:00 a.m.) remain as previously set.

IT IS SO ORDERED.

Dated:   **December 28, 2023**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE