HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
WAYNE LEE HAUZER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-CR-00093-DAD-1 |
| Plaintiff, | **REQUEST FOR RULE 43 WAIVER OF APPEARANCE FOR 01/16/2024 STATUS; ORDER** |
| vs. | |
| WAYNE LEE HAUZER, | Judge: Hon. Dale A. Drozd |
| Defendant. | |

**O R D E R**

GOOD CAUSE APPEARNING, **IT IS HEREBY ORDERED** that the Defendant's appearance at the January 16, 2024, status conference may be waived.

IT IS SO ORDERED.

Dated: **January 11, 2024**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED.