PHILLIP A. TALBERT
United States Attorney
SHELLEY D. WEGER
JESSICA L. DELANEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>WAYNE LEE HAUZER,<br><br>  Defendant. | CASE NO. 2:22-CR-00093-DAD<br><br>ORDER DISMISSING WITHOUT PREJUDICE THE INDICTMENT AND COUNTS TWO AND THREE OF THE SUPERSEDING INDICTMENT AND VACATING STATUS CONFERENCE<br><br>DATE: April 29, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

Based on the United States' motion to dismiss without prejudice the Indictment and Count Two and Count Three of the Superseding Indictment against defendant Wayne Lee Hauzer, and to vacate the previously scheduled status conference

IT IS HEREBY ORDERED that the above-captioned Indictment and Count Two and Count Three of the above-captioned Superseding Indictment be and hereby are dismissed without prejudice.

IT IS HEREBY FURTHER ORDERED that the status conference currently scheduled for April 29, 2024, at 9:30 a.m. is vacated.

IT IS SO ORDERED.

Dated:  **April 26, 2024**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE